JOHN J. TUCHI
United States Attorney
District of Arizona
Two Renaissance Square
40 North Central Avenue, Ste. 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500

LAUREN CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Email: Lauren.M.Castaldi@usdoj.gov
       Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER J. RABOIN,<br><br>　　　　Respondent. | Civil No.<br><br>**DECLARATION OF REVENUE OFFICER LORENZO GARZA** |

　　I, Lorenzo Garza, pursuant to 28 U.S.C. § 1746, declare as follows:

　　1.　　I am a duly commissioned Internal Revenue Officer employed in the Small Business/Self-Employed Division – Western Area of the Office of the Area Director of the Internal Revenue Service at 300 W. Congress, Stop 5140 TUC, Tucson, Arizona 85701.

　　2.　　In my capacity as an Internal Revenue Officer, I am conducting an investigation for the purpose of determining the collectibility of the federal tax liabilities of Christopher J. Raboin

4638966.1

1  ("Raboin") for the tax periods ending December 31, 2001, December 31, 2002, December 31,
2  2005, December 31, 2006, and December 31, 2007 ("tax periods at issue").

3. Pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (Revision 22), Revenue Officers are authorized to issue Internal Revenue Service Administrative Summonses.

4. Respondent Christopher J. Raboin, is an individual residing at 34 W. 34th Street, Tucson, Arizona, 85713.

5. In furtherance of the above investigation and in accordance with 26 U.S.C. §§ 7602 and 7603, on June 6, 2008, I issued an IRS Summons (Form 2039) to Raboin. The summons directed Raboin to appear before an officer of the IRS on July 10, 2008 at 10:00 a.m. at 300 W. Congress, Stop 5140 TUC, Tucson, Arizona, 85701, to give testimony and to produce certain books, records, papers and other data as stated in the summons. A true and correct copy of the summons is attached as Exhibit A.

6. In accordance with 26 U.S.C. § 7603, on June 6, 2008, I served an attested copy of the summons on Raboin by attaching it to his door at his last and usual place of abode. A true and correct copy of the proof of service is included in Exhibit B.

7. On July 10, 2008, Raboin failed to comply with the summons. While he did appear at the appointed date and time, he did not provide any of the documents requested in the summons. Raboin was granted an extension until August 15, 2008, but failed to comply with the summons.

8. On August 27, 2008, Raboin was sent a letter by regular and certified mail. The letter provided him with a final opportunity to comply with the summons before enforcement proceedings were to be commenced. The letter required Raboin to comply with the summons on October 7, 2008. A true and correct letter is attached hereto as Exhibit C.

9. On October 7, 2008, Raboin failed to appear. Christopher J. Raboin's refusal to comply with the summons continues to the date of this Declaration.

10. The books, records, papers, other data, and testimony sought by the summons may

be relevant to the collection of the federal tax liability of Raboin.

11.   The books, records, papers, and other data sought by the summons described above are not already in the possession of the Internal Revenue Service.

12.   No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect for Raboin.

13.   All administrative procedures required by the Internal Revenue Code for issuance of the summons have been followed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9TH___ day of October, 2009.

LORENZO GARZA
Internal Revenue Officer

- 3 -

4638966.1