1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT FOR THE

7                    DISTRICT OF ARIZONA

8

9   United States of America,              )
                                           )        CV No. 09-mc-008-TUC-FRZ
10              Petitioner,                 )
                                           )
11          v.                              )        **AMENDED ORDER TO SHOW CAUSE**
                                           )        **RE: INTERNAL REVENUE SERVICE**
12   Christopher J. Raboin,                 )        **SUMMONS**
                                           )
13              Respondent.                 )
     _____)

14

15          Upon the petition of the United States, the Declaration of Revenue Officer Lorenzo Garza,

16   including Exhibit 1 attached thereto, and the United States' Petition to Enforce an Internal Revenue

17   Service Summons,

18          IT IS HEREBY ORDERED that Christopher J. Raboin ("Respondent") appear before United

19   States District Judge Frank R. Zapata, United States District Court, Evo A. DeConcini U.S. Courthouse,

20   405 W. Congress Street, Tucson, Arizona, on **Monday, April 26, 2010 at 10:00 a.m.**, to show cause

21   why it should not be compelled to obey the Internal Revenue Service summons served upon it.

22          IT IS FURTHER ORDERED that:

23          1.      A copy of this Order, together with the Petition and declaration and its exhibits, shall

24   be served in accordance with Rule 4(e) of the Federal Rules of Civil Procedure upon the Respondent

25   within twenty-one (21) days of the date that this Order is served upon counsel for the United States

26   or as soon thereafter as possible.  Pursuant to Federal Rule of Civil Procedure 4.1(a), the Court

27   hereby appoints Revenue Officer Garza and all other persons designated by him to effect service in

28   this case.  Service may also be effected by the United States marshal or deputy marshal.

2.    Proof of any service done pursuant to paragraph one (1), above, shall be filed with the Clerk as soon as is practicable.

3.    Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, see United States v. Powell, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to Respondent to oppose enforcement of the summons, see Lidas, Inc. v. United States, 238 F.3d 1076, 1082 (9th Cir. 2001).

4.    If Respondent has any defense to present or an opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States at least fourteen (14) days prior to the date set for the show cause hearing.  The United States may file a reply memorandum to any opposition at least five (5) court days prior to the date set for the show cause hearing.

5.    At the show cause hearing, the Court will consider all issues raised by the Respondent. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the Petition will be considered admitted.

6.    Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States at least fourteen (14) days prior to the date set for the show cause hearing, that Respondent has no objection to enforcement of the summons.  Respondent's appearance at the hearing will then be excused.

Respondent is hereby notified that a failure to comply with this Order may subject it to sanctions for contempt of court.

The Clerk shall forward copies of this Order to counsel for the United States, at the address indicated on its pleadings.

DATED this 22nd day of January, 2010.

FRANK R. ZAPATO
United States District Judge

–2–